1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CALVEN L. HOLLY,

11          Plaintiff,                      No. CIV S-11-0390 GGH P

12      vs.

13   BUTTE SUPERIOR COURT, et al.,

14          Defendants.                     ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

20   court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

21   Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

22   opportunity to submit the application on the appropriate form.  Plaintiff is also cautioned that he

23   must also provide a certified copy of his prison trust account statement for the six month period

24   immediately preceding the filing of his complaint and the certificate portion of the request must

25   be completed by plaintiff's institution of incarceration.

26   \\\\\

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  Plaintiff's application to proceed in forma pauperis is dismissed without

3   prejudice;

4       2.  The Clerk of the Court is directed to send plaintiff a new Application to

5   Proceed In Forma Pauperis By a Prisoner; and

6       3.  Plaintiff shall submit, within twenty-eight days from the date of this order, a

7   completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

8   will result in a recommendation of dismissal of this action without prejudice.

9   DATED: February 25, 2011

10

11              /s/ Gregory G. Hollows

12             GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

13   GGH:kly
    holl0390.3d

14

15

16

17

18

19

20

21

22

23

24

25

26

2