IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVEN L. HOLLY,

      Plaintiff,                               No. CIV S-11-0390 GGH P

   vs.

BUTTE COUNTY SUPERIOR COURT, et al.,

      Defendants.                          <u>ORDER</u>

_____/

      On February 10, 2012, plaintiff filed a letter. This civil rights action was closed on November 18, 2011. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

      IT IS SO ORDERED.

DATED: February 27, 2012

                                           /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:kly
holl0390.58ggh